**Order entered March 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01316-CV

**TAMMI HAWTHORNE, Appellant**

**V.**

**PREMIER COMMUNITIES MANAGEMENT COMPANY, INC., ET AL, Appellees**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-01936-2011**

## ORDER

We **GRANT** the February 25, 2013 unopposed motion for an extension of time to file a brief filed by appellee, Premier Communities Management Company, Inc. Appellee shall file its brief on or before March 26, 2013.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE